# UNITED STATES DISTRICT COURT

for the
District of Oregon

| | |
|---|---|
| **PETER WILSON, on behalf of himself and others similarly situated** ) ) ) ) | |
| *Plaintiff* ) | |
| v. ) ) | Civil Action No. 3:26-cv-00106-IM |
| ) ) | |
| **CALL TOOLS, INC.** ) ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Bernadette Guerrero, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to CALL TOOLS, INC. in Marion County, OR on March 3, 2026 at 10:36 am at 698 12th St SE, Ste 200, Salem, OR 97301-4010 by refusal service by identifying the following documents, offering to deliver them to a person identified to me as CALL TOOLS, INC. who refused service, and then leaving the documents in a conspicuous place.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, CIVIL COVER SHEET, Civil Case Assignment Order

Additional Description:
I spoke with a representative who stated they were authorized to accept service for the registered agent. The registered agent was available but refused to accept service. No relevant details were observed during this attempt. No additional contacts were made. Documents were left in the basket in front of the office door. Kama May said they will just send them back on the mail.
Race: , Sex: , Est. Age: , Hair: , Glasses: N, Est. Weight: , Est. Height: .
Geolocation of Serve: https://google.com/maps?q=44.9312683,-123.0292817
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Marion County_ ,

__OR__ on __3/3/2026__ .

/s/ *Bernadette Guerrero*

Signature
Bernadette Guerrero
+1 (503) 457-1432

Exhibit 1a)





Exhibit 1b)



Exhibit 1c)

