Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| PETER WILSON, on behalf of himself and others similarly situated, | : |
| | : CIVIL ACTION FILE NO. |
| | : 3:26-cv-106 |
| Plaintiff, | : |
| | : CLASS ACTION COMPLAINT |
| v. | : TCPA (47 U.S.C. § 227) |
| | : DEMAND FOR JURY TRIAL |
| CALL TOOLS, INC. | : |
| | : |
| Defendant. | : |
| | : |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**
**AGAINST DEFENDANT CALL TOOLS, INC.**

COMES NOW Plaintiff Peter Wilson, by and through the undersigned counsel, pursuant to FED. R. CIV. P. 55(a), and hereby files this Motion for Clerk's Entry of Default against Defendant Call Tools, Inc., in the above-styled action. Plaintiff respectfully requests that the Clerk of Court enter default as the Defendant has failed to serve or file an answer to Plaintiff's claims in this action within the time permitted by law or otherwise.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." FED. R. CIV. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a Request for Entry of Default

1

judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk *must* enter the party's default." FED. R. CIV. P. 55(a) (emphasis added).

Here, the Plaintiff filed his Complaint naming Defendant on January 19, 2026. (See ECF No. 1.) Defendant was served on March 3, 2026. (See ECF No. 4.) Accordingly, Defendant's responsive pleading was due on March 24, 2026. Defendant did not file a response as of April 25, 2026. Accordingly, the Plaintiff requests that the Clerk enter the Defendant's default pursuant to FED. R. CIV. P. 55(a).

The Plaintiff intends to move for leave to conduct classwide discovery and seek a classwide default judgment as to Defendant.

## **CONCLUSION**

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against the Defendant pursuant to FED. R. CIV. P. 55(a).

RESPECTFULLY SUBMITTED AND DATED this April 25, 2026.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, OSB No. 243320
> a@perronglaw.com
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, PA 19038
> 215-225-5529
> Lead Attorney for Plaintiff and the Proposed Class

Request for Entry of Default

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that I filed the foregoing via ECF on the below date, which will automatically

send a copy to all attorneys of record on the case.

I further certify that I mailed a copy of the foregoing to:


Call Tools, Inc.
530 Technology Drive Suite 100,
Irvine, CA 92618

Call Tools, Inc.
9450 SW Gemini Dr #61328
Beaverton, OR 97008-7105


Dated: April 25, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

Request for Entry of Default