Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | | |
|---|---|---|
| PETER WILSON, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. |
| | : | 3:26-cv-00106-IM |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CALL TOOLS, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

_____/

## PLAINTIFF PETER WILSON'S NOTICE OF WITHDRAWAL OF REQUEST FOR CLERK'S ENTRY OF DEFAULT

COMES NOW Plaintiff Peter Wilson, by and through the undersigned counsel, and hereby

withdraws without prejudice his Request For Clerk's Entry of Default (Dkt. No. 5) against

Defendant Call Tools, Inc.

RESPECTFULLY SUBMITTED AND DATED this April 27, 2026.

> _/s/ Andrew Roman Perrong_
> Andrew Roman Perrong, OSB No. 243320
> a@perronglaw.com
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, PA 19038
> 215-225-5529
> Lead Attorney for Plaintiff and the Proposed Class

Notice of Withdrawal of Request for
Entry of Default                                    1

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

I further certify that I mailed a copy of the foregoing to:

Call Tools, Inc.
530 Technology Drive Suite 100,
Irvine, CA 92618

Call Tools, Inc.
9450 SW Gemini Dr #61328
Beaverton, OR 97008-7105

Dated: April 27, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

Notice of Withdrawal of Request for
Entry of Default                    2