Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile:  (503) 323-9019

Attorneys for Defendant Call Tools, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PETER WILSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALL TOOLS, INC,<br><br>Defendants. | Case No. 3:26-CV-00106-IM<br><br>**UNOPPOSED MOTION TO EXTEND DEFENDANT CALL TOOLS, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

## LR 7-1 CERTIFICATION

Defendant Call Tools, Inc.'s ("Defendant") counsel has conferred with Plaintiff Peter's Wilson's ("Plaintiff") counsel regarding this Unopposed Motion to Extend Defendant's Time to Respond to Plaintiff's Complaint and the relief requested herein, and Plaintiff does not oppose this Motion.

## MOTION

Defendant moves the Court for an Order extending time for Defendant to file an answer or otherwise respond to Plaintiff's Complaint, up to and including **May 25, 2026**.

## BACKGROUND

In support of this unopposed motion, Defendant states that on January 19, 2026, Plaintiff filed a Complaint against Defendant, alleging violations of the Telephone Consumer

Page 1 – **UNOPPOSED MOTION TO EXTEND DEFENDANT CALL TOOLS, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Protection Act, 47 U.S.C. § 227. On March 3, 2026, a Return of Service was executed as to Defendant. Therefore, the purported deadline for Defendant to answer or otherwise respond to the Complaint was March 24, 2026. However, since the process server delivered the Complaint to an unauthorized agent who had no authority to accept service on Defendant's behalf, Defendant was delayed in receiving notice of the Complaint. As soon as Defendant became aware, it immediately reached out to Plaintiff's counsel and requested an extension of time to respond to the Complaint on April 27, 2026.[1]

Plaintiff's counsel agreed to an extension of twenty-one (21) days to respond to the Complaint. This is the first time that Defendant has requested an extension of time to respond to the Complaint. This unopposed motion is made in good faith, not for the purpose of delay, and granting it will not prejudice any party in any way.

<u>**CONCLUSION**</u>

Defendant respectfully submits this motion to extend its deadline to respond to Plaintiff's complaint to May 25, 2026.

<u>**CERTIFICATE OF COMPLIANCE**</u>

This brief complies with the applicable word-count limitation under Local Rule 7-2(b) because it contains 304 words, including headings, footnotes, and quotations, but excluding the caption, table of contents, table of cases and authorities, signature block, exhibits, and any certificates of counsel.

/ / /

---

[1] On April 25, 2026, Plaintiff filed a Motion for Entry of Default. *See* Dkt. No. 5. As soon as Defendant became aware of the Complaint, Defendant engaged counsel. On April 27, 2026, Plaintiff and Defendant's counsel met and conferred, and Plaintiff agreed to file a notice of withdrawal to the motion for entry of default. *See* Dkt. No. 6. On April 29, 2026, the Court dismissed Plaintiff's Motion for Entry of Default. *See* Dkt. No. 7.

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: 503-323-9000
Facsimile: 503-323-9019

DATED: May 4, 2026

COSGRAVE VERGEER KESTER LLP


_s/ Timothy J. Fransen_
Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
Telephone: 503-323-9000
Fax: 503-323-9019
Attorneys for Defendant

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: 503-323-9000
Facsimile: 503-323-9019

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing

**UNOPPOSED MOTION TO EXTEND DEFENDANT CALL TOOLS, INC.'S TIME TO**

**RESPOND TO PLAINTIFF'S COMPLAINT** on the date indicated below by:

☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ courtesy copy also sent by email,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☐ courtesy copy via email,

☒ **electronic filing notification.**

I further certify that said copy was delivered as indicated above and addressed to said

attorney(s) at the address(es) listed below:

Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
a@perronglaw.com
    Attorney for Plaintiff


DATED:  May 4, 2026


                    _s/ Timothy J. Fransen_
                    Timothy J. Fransen


Page 1 - **CERTIFICATE OF SERVICE**