TROUTMAN AMIN, LLP
Eric J. Troutman (pro hac vice)
Brittany A. Andres (pro hac vice)
400 Spectrum Center Dr. Ste. 1450
Irvine, California 92618
Telephone: 949-350-3663
Facsimile: 949-203-8689
troutman@troutmanamin.com
amin@troutmanamin.com
brittany@troutmanamin.com

COSGRAVE VERGEER KESTER LLP
Timothy J. Fransen (OSB No. 073938)
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
tfransen@cosgravelaw.com

Attorneys for Defendant
CALL TOOLS, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| PETER WILSON, on behalf of himself and others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>CALL TOOLS, INC.<br><br>　　　Defendant.<br><br>_____ / | CIVIL ACTION FILE NO.<br>3:26-CV-00106-IM<br><br>**DEFENDANT CALL TOOLS, INC.'S UNOPPOSED MOTION TO EXTEND CASE DEADLINES OR, IN THE ALTERNATIVE, TO SET A RULE 16 SCHEDULING CONFERENCE** |

## <u>LOCAL RULE 7-1 CERTIFICATION</u>

Defendant Call Tools, Inc.'s ("Defendant") counsel has conferred with Plaintiff Peter Wilson's ("Plaintiff") counsel regarding this Unopposed Motion to Extend Case Deadlines or, in the Alternative, to Set a Federal Rules of Civil Procedure ("Rule") 16 Scheduling Conference and the relief requested herein, and Plaintiff does not oppose this Motion.

DEFENDANT CALL TOOLS, INC'S UNOPPOSED MOTION TO EXTEND CASE DEADLINES OR, IN THE ALTERNATIVE, TO SET A RULE 16 SCHEDULING CONFERENCE

1

**MOTION**

Defendant hereby respectfully moves the Court to extend certain case deadlines set by Dkt. No. 2 as well as set forth a certification briefing schedule or, in the alternative, to set a Rule 16 Scheduling Conference. The parties propose the following schedule:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| File all pleadings pursuant to Fed. R. Civ. P. 7(a) and 15 | May 20, 2026 | August 21, 2026 |
| Join all claims, remedies, and parties pursuant to Fed. R. Civ. P. 18 and 19 | May 20, 2026 | August 21, 2026 |
| Confer as to Alternate Dispute Resolution pursuant to LR 16-4(c) | May 20, 2026 | August 21, 2026 |
| File a Joint ADR Report pursuant to LR 16-4(d) | June 22, 2026 | September 21, 2026 |
| Expert Disclosures/Reports | May 20, 2026 | October 23, 2026 |
| Rebuttal Expert Disclosures/Reports | May 20, 2026 | November 23, 2026 |
| Motion for Class Certification | | January 18, 2027 |
| Opposition to Motion for Class Certification | | February 15, 2027 |
| Reply in Support for Class Certification | | March 1, 2027 |
| Complete all discovery | May 20, 2026 | June 1, 2027 |
| File all pretrial, discovery and dispositive motions | May 20, 2026 | August 2, 2027 |
| File a Proposed Pretrial Order pursuant to LR 16-5 | June 22, 2026 | 60 days after ruling on dispositive motions, or September 3, 2027, if no |

DEFENDANT CALL TOOLS, INC'S UNOPPOSED MOTION TO EXTEND CASE DEADLINES OR, IN THE ALTERNATIVE, TO SET A RULE 16 SCHEDULING CONFERENCE

2

| | | dispositive motions are filed |
|---|---|---|

### MEMORANDUM OF POINTS AND AUTHORITIES

On January 19, 2026, Plaintiff filed his putative class action complaint under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, alleging Defendant placed five calls to Plaintiff while his number was on the National Do Not Call Registry and without providing the required caller identification information. *See* Dkt. No. 1. Defendant denies those allegations and denies that this case is suitable for class treatment. On January 20, 2026, a Discovery and Pretrial Scheduling Order (the "Order") was entered with the deadlines noted above. *See* Dkt. No. 2. Currently, Defendant's deadline to respond to the Complaint is May 26, 2026.

The parties jointly seek this relief in good faith and not for purposes of delay.

In addition to extending the existing case deadlines, the parties respectfully request that the Court set a briefing schedule for class certification. After the parties' conferral on May 20, 2026, the parties propose the following certification briefing schedule:

- Plaintiff to file his motion for class certification by January 18, 2027

- Defendant to file its opposition by February 15, 2027

- Plaintiff to file his reply by March 1, 2027

> **A.    In the Alternative, the Parties Respectfully Request this Court to Set a Rule 16 Scheduling Conference**.

If the Court declines to extend the current case deadlines and set a class certification briefing schedule at this time, Defendant and Plaintiff respectfully request that the Court set a Rule 16 scheduling conference at the Court's convenience. Given the procedural posture of the case and the need to address case management issues, including discovery, class certification timing, and

DEFENDANT CALL TOOLS, INC'S UNOPPOSED MOTION TO EXTEND CASE DEADLINES OR, IN THE ALTERNATIVE, TO SET A RULE 16 SCHEDULING CONFERENCE

3

related deadlines, a Rule 16 conference would assist the parties and the Court in establishing an orderly schedule for the efficient progression of this action.

## **CONCLUSION**

For the above reasons, Defendant respectfully requests the Court grant this unopposed motion to continue case deadlines and set a certification briefing schedule as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| File all pleadings pursuant to Fed. R. Civ. P. 7(a) and 15 | May 20, 2026 | August 21, 2026 |
| Join all claims, remedies, and parties pursuant to Fed. R. Civ. P. 18 and 19 | May 20, 2026 | August 21, 2026 |
| Confer as to Alternate Dispute Resolution pursuant to LR 16-4(c) | May 20, 2026 | August 21, 2026 |
| File a Joint ADR Report pursuant to LR 16-4(d) | June 22, 2026 | September 21, 2026 |
| Expert Disclosures/Reports | May 20, 2026 | October 23, 2026 |
| Rebuttal Expert Disclosures/Reports | May 20, 2026 | November 23, 2026 |
| Motion for Class Certification | | January 18, 2027 |
| Opposition to Motion for Class Certification | | February 15, 2027 |
| Reply in Support for Class Certification | | March 1, 2027 |
| Complete all discovery | May 20, 2026 | June 1, 2027 |
| File all pretrial, discovery and dispositive motions | May 20, 2026 | August 2, 2027 |
| File a Proposed Pretrial Order pursuant to LR 16-5 | June 22, 2026 | 60 days after ruling on dispositive motions, or September 3, 2027, if no |

DEFENDANT CALL TOOLS, INC'S UNOPPOSED MOTION TO EXTEND CASE DEADLINES OR, IN THE ALTERNATIVE, TO SET A RULE 16 SCHEDULING CONFERENCE

4

| | | dispositive motions are filed |
|---|---|---|

Or, in the alternative, to set a Rule 16 scheduling conference.

Dated: May 20, 2026

TROUTMAN AMIN, LLP

By: /s/ *Brittany A. Andres*
Eric J. Troutman (*pro hac vice*)
Brittany A. Andres (*pro hac vice*)

COSGRAVE, VERGEER & KESTER, LLP

Timothy J. Fransen (OSB No. 073938)
900 SW 5th Ave., Floor 24
Portland, OR 97204
Telephone: 503-323-9000
Email: tfransen@cosgravelaw.com

*Attorneys for Defendant Call Tools, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, a copy of the foregoing was served by ECF to Plaintiff's counsel of record.

Dated: May 20, 2026

/s/ *Brittany A. Andres*
Brittany A. Andres