Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | | |
|---|---|---|
| PETER WILSON, on behalf of himself and others similarly situated, | : | |
| | : | CIVIL ACTION FILE NO. |
| | : | 3:26-cv-106 |
| Plaintiff, | : | |
| | : | NOTICE OF SETTLEMENT |
| v. | : | TCPA (47 U.S.C. § 227) |
| | : | DEMAND FOR JURY TRIAL |
| CALL TOOLS, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

_____/

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff Peter Wilson and Defendant Call Tools, Inc., by and through counsel,

respectfully notify the Court pursuant to Fed. R. Civ. P. 41 and LR 41-1 that the Parties have

reached a settlement in principle. The Parties are currently finalizing the written settlement

agreement and anticipate filing dismissal papers within 30 days. Plaintiff respectfully requests

that all pending deadlines and hearings be vacated.

Dated: June 12, 2026                          Respectfully submitted,

                                              PERRONG LAW LLC


                                              s/Andrew Roman Perrong
                                              Andrew Roman Perrong, OSB No. 243320

Page 1 – NOTICE OF SETTLEMENT

a@perronglaw.com
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: (215) 225-5529

*Attorney for Plaintiff and the Proposed Class*