Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | | |
|---|---|---|
| PETER WILSON, on behalf of himself and others similarly situated, | : | |
| | : | CIVIL ACTION FILE NO. |
| | : | 3:26-cv-106 |
| Plaintiff, | : | |
| | : | NOTICE OF SETTLEMENT |
| v. | : | TCPA (47 U.S.C. § 227) |
| | : | DEMAND FOR JURY TRIAL |
| CALL TOOLS, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

_____/

**NOTICE OF DISMISSAL**

Plaintiff Peter Wilson, by and through counsel, pursuant to to Federal Rule of Civil

Procedure 41(a)(1)(A)(i), respectfully notifies the Court that the Plaintiff voluntarily dismisses

his individual claims against Defendant with prejudice, with each party to bear its own fees and

costs.

Dated: June 25, 2026

Respectfully submitted,

PERRONG LAW LLC

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: (215) 225-5529
*Attorney for Plaintiff and the Proposed Class*